IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JOHN RILEY, THOMAS PEAKS,                    )
TIMOTHY CAMPBELL, NATHANIEL                   )
PHILLIPS, and DESLYN WILLIAMS,                )
                                              )        NO. 3:21-cv-314
    Plaintiffs,                         )
                                              )        JUDGE RICHARDSON
v.                                            )
                                              )
NTAN, LLC, d/b/a ACTION NISSAN,               )
                                              )
    Defendant.                          )

## <u>ORDER</u>

The parties have filed a proposed Agreed Order of Dismissal (Doc. No. 34, "Dismissal Document"), which was signed by counsel for all parties. Although styled as an agreed order, the Dismissal Document clearly constitutes in substance a joint stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Dismissal Document sufficed to dismiss this action without any action on the part of the Court. Because the parties have stated that the dismissal is with prejudice, the dismissal in fact is with prejudice.

Accordingly, the Court acknowledges that this action has been **DISMISSED** with prejudice, and the Clerk is directed to close the file. Any pending motions are **DENIED** as moot. This Order shall constitute final judgment for purposes of Fed. R. Civ. P. 58.

IT IS SO ORDERED.

*Eli Richardson*
_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE